IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :    Bankruptcy No.  23-11688
                                      :
MARK LESLIE KENNEDY,                  :
        Debtor                  :    Chapter 7

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To:    The Clerk of the Court

    Kindly enter my appearance on behalf of QNB Bank in the above-captioned proceeding. Please direct copies of all notices to:

        Charles N. Shurr, Jr., Esquire
        Kozloff Stoudt
        2640 Westview Drive
        Wyomissing, PA 19610

        **KOZLOFF STOUDT**

        By: _/s/ Charles N. Shurr, Jr._
        Charles N. Shurr, Jr., Esquire
        2640 Westview Drive
        Wyomissing, PA 19610
        610-670-2552
        Attorneys for QNB Bank